# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| TERRY MOHORNE, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED HEALTHCARE SERVICES COMPANY OF THE RIVER VALLEY and DEERE & COMPANY, <br><br> Defendants. | No. 13-CV-2086-LRR <br><br> **ORDER** |

_____

The matter before the court is Plaintiff Terry Mohorne's "Motion to Dismiss United Healthcare Services Company of the River Valley as Defendant" ("Motion") (docket no. 36), which Mohorne filed on March 19, 2015. In the Motion, Mohorne requests that the court dismiss Defendant United Healthcare Services Company of the River Valley without prejudice. Motion at 2. The deadline to file a resistance was April 6, 2015 and neither Defendant submitted a resistance. For the reasons set forth in the Motion, and because the Motion is unresisted, the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to dismiss Defendant United Healthcare Services Company of the River Valley without prejudice.

**IT IS SO ORDERED.**

**DATED** this 7th day of April, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA